IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>COLDY HACKWORTH,<br><br>        Defendant. | 8:19CR275<br><br>**JUDGMENT** |

    Pursuant to the Memorandum and Order (Filing No. 44) entered on October 10, 2023, judgment is entered in favor of the United States of America and against Coldy Hackworth.

    Dated this 13th day of May 2024.

                                            BY THE COURT:

                                            *[signature]*

                                            Robert F. Rossiter, Jr.
                                            Chief United States District Judge